Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **TrayJockey Enterprises Inc.** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Maine Diner** <br> **Remember the Maine** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 5 2 8 9 3 9 4** |

**4. Debtor's address**

**Principal place of business**

**2265 Post Road**
Number        Street

**Wells, ME 04090**
City                    State    ZIP Code

**York**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **mainediner.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TrayJockey Enterprises Inc.**
　　　　　 Name

Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑　Tax-exempt entity (as described in 26 U.S.C. §501)

❑　Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑　Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7   2   2   5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑　Chapter 7

❑　Chapter 9

☑　Chapter 11. *Check all that apply:*

　❑　Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☑　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　❑　A plan is being filed with this petition.

　❑　Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　❑　The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　❑　The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑　Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　　　　 District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.　Debtor _____ Relationship _____

　　　　　 District _____ When _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　　　 Case number, if known _____

Debtor   **TrayJockey Enterprises Inc.**          Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>          Number          Street<br><br>_____<br>City                              State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency  _____<br>                  Contact name  _____<br>                  Phone  _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
|---|---|---|---|
| | ☐ 100-199 ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **TrayJockey Enterprises Inc.**
　　　　Name

Case number *(if known)*

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million

- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/02/2026**
　　　　　　　MM/ DD/ YYYY

**X** **/s/ James C. MacNeill**
Signature of authorized representative of debtor

**James C. MacNeill**
Printed name

Title　　　　**100% Shareholder**

**18. Signature of attorney**

**X** **/s/ Tanya Sambatakos**
Signature of attorney for debtor

Date **06/02/2026**
　　MM/ DD/ YYYY

**Tanya Sambatakos**
Printed name

**Molleur Law Office**
Firm name

**190 Main St., 3rd Fl**
Number　　　Street

**Saco**
City

**ME**
State

**04072**
ZIP Code

Contact phone

**tanya@molleurlaw.com**
Email address

**10069**
Bar number

**ME**
State

Fill in this information to identify the case:

Debtor name **TrayJockey Enterprises Inc.**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration 2 North Street Ste. 320 Birmingham, AL 35203 | Juan.Romero-Sanchez@sba.gov | EIDL | | | | $485,000.00 |
| 2 | Granite State Economic Development Corp PO Box 1491 Ste. 320 Portsmouth, NH 03802 | info@granitestatedev.com | Business Loan | | | | $331,000.00 |
| 3 | Kennebunk Savings Bank PO Box 28 Kennebunk, ME 04043 | leslie.burt@kennebunksavings.com | Business Loan | | | | $154,718.40 |
| 4 | 2265 Post LLC 104 Elmere Road Wells, ME 04090 | jmacneil@maine.rr.com | Rent | | | | $152,000.00 |
| 5 | Marlin Financial & Leasing Corp. PO Box 1333 Hixson, TN 37343 | tommy@marlinfinancial.com | Business loan | | | | $117,000.00 |
| 6 | Kennebunk Savings Bank PO Box 28 Kennebunk, ME 04043 | lucinda.pyne@kennebunksavings.com | Business Loan | | | | $112,056.05 |
| 7 | Fenix Capital Funding 9265 4th Ave 2nd Floor Brooklyn, NY 11209 | info@fenixcapitalfunding.com | Business loan | | | | $108,000.00 |
| 8 | Maine Department of Labor Bureau of Unemployment Compensation 54 State House Station Augusta, ME 04333-0054 | division.uctax@maine.gov | Unemployment | | | | $60,000.00 |

Debtor    **TrayJockey Enterprises Inc.**                                  Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 Wells Sanitary District<br>197 Eldridge Road<br>Wells, ME 04090 | wsd@wellssanitarydistrict.org | Sewer debt | | | | $41,226.80 |
| 10 State of Maine Bureau of Revenue Service<br>PO Box 1060<br>Augusta, ME 04332 | John.Burke@maine.gov | Sales Tax | | | | $37,000.00 |
| 11 Town of Wells<br>208 Sanford Road<br>Wells, ME 04090 | (207) 361-1096 | Personal Property tax | | | | $29,379.51 |
| 12 Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | support@capitalone.com | Business Credit Card | | | | $27,449.31 |
| 13 Raymond M. Hart CPA<br>16 Bayside Rd<br>Greenland, NH 03840 | (603) 431-4908 | Business Debt | | | | $20,477.47 |
| 14 Anthem Blue Cross Blue Shield<br>2 Gannett Dr.<br>South Portland, ME 04106 | billing@anthem.com | Business Debt | | | | $11,522.84 |
| 15 Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | support@capitalone.com | Business Credit Card | | | | $8,836.00 |
| 16 Ganz USA, LLC<br>3855 Shallowford Road Suite 220<br>Marietta, GA 30062 | custacct@ganz.com | Business Debt | | | | $8,361.05 |
| 17 Restaurant Technology Inc.<br>2250 Pilot Knob Road<br>Saint Paul, MN 55120 | customercare@rti-inc.com | Business Debt | | | | $6,401.62 |
| 18 Lepage Bakeries Park St LLC<br>354 Lisbon St<br>Lewiston, ME 04240 | aparker@lepagebakeries.com | Business Debt | | | | $5,857.98 |
| 19 The Lipco Group<br>216 Madolin Dr<br>Kirbyville, MO 65679 | customerservice@lipco.biz | Business Debt | | | | $5,265.97 |
| 20 Discovery Map International Inc.<br>PO Box 726<br>Waitsfield, VT 05673 | | Business Debt | | | | $5,096.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

IN RE: **TrayJockey Enterprises Inc.**                                        CASE NO

                                                                              CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/02/2026**         Signature                            **/s/ James C. MacNeill**
                                                    James C. MacNeill, 100% Shareholder

2265 Post LLC
104 Elmere Road
Wells, ME 04090

Activity Maine
9 Susans Way
Windham, ME 04062

Allie Rallo
510 Alfred St
Kennebunk, ME 04043

American Express
PO Box 981535
El Paso, TX 79998-1535

Anthem Blue Cross Blue
Shield
2 Gannett Dr.
South Portland, ME 04106

Atlantic Comfort Systems,
Inc.
392 Hill Street
Biddeford, ME 04005

Big Blue Bug Solutions
800 Main St Ste C
South Portland, ME 04106

C. Caprara Food Service
Equipment
2214 US 202
Winthrop, ME 04364

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Casella Waste Systems
386 Willie Hill Road
Wells, ME 04090

Channel Partners Capital
10900 Wayzata Blvd Suite 300
Minnetonka, MN 55305

Consolidated Communications
PO Box 70347
Philadelphia, PA 19176-0347

CT Corporation System,
As Representative
Attn: SPRS
330 N Brand Blvd. Suite 700
Glendale, CA 91203

Cunningham Security Systems
325 US-1
Falmouth, ME 04105

Deborah DePiero
4 Portage Way
Kennebunk, ME 04043

Diane Chase
97 Sawyer Road
Wells, ME 04090

Discovery Map International
Inc.
PO Box 726
Waitsfield, VT 05673

Dream Factory of Portland
PO Box 702
Gorham, ME 04038

Ecolab Pest Elimination
Division
1 Ecolab Place
Saint Paul, MN 55102

Edison Press, Inc.
2066 Main Street
Sanford, ME 04073

Emerald Davis
63 Gendron Dr
Wells, ME 04090

Eric Archambault
26 Weeman Street
Springvale, ME 04083

Faith Place Services
18 Chisholm Ave
Kingston 13 St. Andrew Jamaica, W.I.

Fenix Capital Funding
9265 4th Ave 2nd Floor
Brooklyn, NY 11209

Financial Agent Services
PO Box 2576
Springfield, IL 62708

Firesafe Equipment, Inc.
159 1st Flight Dr
Auburn, ME 04210

Fowler Plumbing and Heating
1625 Main St
Sanford, ME 04073

Ganz USA, LLC
3855 Shallowford Road Suite 220
Marietta, GA 30062

General Linen Service
75 Centre Rd
Somersworth, NH 03878

GM Financial
PO Box 181145
Arlington, TX 76096

Granite State Economic
Development Corp
PO Box 1491 Ste. 320
Portsmouth, NH 03802

Heartland
One Heartland Way
Jeffersonville, IN 47130

Helkin Barzallo
1072 Post Road
Wells, ME 04090

Heritage Company
543 Main St
Waterboro, ME 04087

Home Ice Productions
PO Box 205
Scarborough, ME 04070

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

J Chandler MacNeill
104 Elmere Road
Wells, ME 04090

James C. MacNeill
104 Elmere Road
Wells, ME 04090

James C. MacNeill
104 Elmere Road
Wells, ME 04090

Jeffrey Brennan
PO Box 935
Sanford, ME 04073

Jennifer McGuire
29 Log Cabin Road
Kennebunkport, ME 04046


Jill Archambault
26 Weeman Street
Springvale, ME 04083


Juan Martinez
1072 Post Rd
Wells, ME 04090


Juanita Lucas
737 Rte 35 Alewife Road
Kennebunk, ME 04043


Judith Crawford
662 Youngs Ridge Road
Acton, ME 04001


Karen MacNeill
104 Elmere Road
Wells, ME 04090


Kennebunk Savings Bank
PO Box 28
Kennebunk, ME 04043


Kyle Porter
263 Lincoln St
Saco, ME 04072

Latitude 44
377 Winding Pond Road
Londonderry, NH 03053

Law Office of Ed R. White PC
6 Beacon St
Boston, MA 02108

Lepage Bakeries Park St LLC
354 Lisbon St
Lewiston, ME 04240

Libby Towne
314 Thompson Rd
Kennebunkport, ME 04046

Linda Ouellette
98 Glenwood Rd
Wells, ME 04090

Lori Schofield
11 Twombley Rd
Sanford, ME 04073

James C. MacNeill
104 Elmere Road
Wells, ME 04090

Maine Department of Labor
Bureau of Unemployment Compensation
54 State House Station
Augusta, ME 04333-0054

Maine Tourism Association
327 Water St
Hallowell, ME 04347

Mari-Lee Lucas
43 Cole Rd
Kennebunk, ME 04043

Marlin Financial & Leasing
Corp.
PO Box 1333
Hixson, TN 37343

MRE, Inc.
170 John Roberts Rd #3
South Portland, ME 04106

Nickardo Whitelock
876 Post Road
Wells, ME 04090

Northern Light Health
Foundation
Medical Transport Billing
PO Box 655
Bangor, ME 04402-0655

Office of the U.S. Attorney
100 Middle Street, Suite 6
Portland, ME 04101

OnDeck Capital, LLC
Director of Operations
1400 Broadway 25th Fl
New York, NY 10018

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


Raymond M. Hart CPA
16 Bayside Rd
Greenland, NH 03840


Restaurant Technology Inc.
2250 Pilot Knob Road
Saint Paul, MN 55120


Ronna Leighton
2854 Sanford Road
Wells, ME 04090


Sandra Woodman
PO Box 233
Wells, ME 04090


Seacoast Tax Services
314 Middle Street
Portsmouth, NH 03801


Sharon Towne
51 River Locks Rd
Kennebunk, ME 04043


Sheila Ryea
3 Carver Street
Sanford, ME 04073

State of Maine Bureau of
Revenue Service
PO Box 1060
Augusta, ME 04332

Sula Flock
248 Spurwink Ave
Cape Elizabeth, ME 04107

Susan Brown
1311 Littlefield Rd
Wells, ME 04090

Susan Gebhardt
101 Ford Quint
North Berwick, ME 03906

Terry Perkins
21 Park Lane
Arundel, ME 04046

The Lipco Group
216 Madolin Dr
Kirbyville, MO 65679

The Weekly Sentinel
952 Post Rd #10
Wells, ME 04090

Town of Wells
208 Sanford Road
Wells, ME 04090

TriMark United East
160 Mechanic St
Bellingham, MA 02019

U.S. Small Business
Administration
2 North Street Ste. 320
Birmingham, AL 35203

US Foods
100 Ledge Road
Seabrook, NH 03874

Webbank
215 S State St 1000
Salt Lake City, UT 84111

Wells Sanitary District
197 Eldridge Road
Wells, ME 04090

Yasmine Ibrahim
3 Pebble Ln
Sanford, ME 04073

Fill in this information to identify the case:

Debtor name **TrayJockey Enterprises Inc.**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/02/2026**
MM/ DD/ YYYY

X **/s/ James C. MacNeill**
Signature of individual signing on behalf of debtor

**James C. MacNeill**
Printed name

**100% Shareholder**
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**TrayJockey Enterprises, Inc.**

Debtor

Chapter 11

Case No. 26-

### LIST OF EQUITY SECURITY HOLDERS

James C. MacNeill          100%
104 Elmere Road
Wells, ME  04090